[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 28, 2011
JOHN LEY
CLERK

_____

No. 10-12960

_____

D.C. Docket No. 0:09-cv-61003-BSS

VIRGINIA LITTLE,

                                              Plaintiff - Appellant,

        versus

FOSTER WHEELER CONSTRUCTORS, INC.,

                                              Defendant - Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(June 28, 2011)

Before EDMONDSON and MARCUS, Circuit Judges, and FAWSETT,* District
Judge.

---

* Honorable Patricia C. Fawsett, United States District Judge for the Middle District of
Florida, sitting by designation.

PER CURIAM:

We -- for the reasons set out in the Magistrate Judge's orders in the District Court -- affirm the grant of summary judgment for Defendant and the denial of Plaintiff's motion to compel discovery and to impose sanctions.

AFFIRMED.